**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-09394-CAD |
| | § | |
| RICARDO DAVILA | § | |
| MARIA DAVILA | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>03/05/2010</u>. The undersigned trustee was appointed on <u>03/05/2010</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                       $5,475.98

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $4.40 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $5,471.58 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/26/2010 and the deadline for filing government claims was 07/26/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,297.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,297.60, for a total compensation of $1,297.60[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $66.56, for total expenses of $66.56.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/08/2011         By:   /s/ David P. Leibowitz
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 10-09394 Doc 37 Filed 04/08/11 Entered 04/08/11 11:34:51 Desc Main Document Page 3 of 9

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1
Exhibit A

| Case No.: | 10-09394-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DAVILA, RICARDO AND DAVILA, MARIA | Date Filed (f) or Converted (c): | 03/05/2010 (f) |
| For the Period Ending: | 4/8/2011 | §341(a) Meeting Date: | 04/21/2010 |
| | | Claims Bar Date: | 07/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Residence - single family home 7421 W. 56th Plac | $135,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 Single family home and coach house;, property 74 | $140,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 Single family home and apartment;, property 7423 | $140,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 Checking account ending 8220 Corporate America F | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 Savings Account ending 8220 Corporate America Fa | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 Chase checking account ending 0070 | $58.62 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 Chase checking account no. ending 8151 (-$905.86 | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 Chase saving account ending 9399 | $1.81 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9 Chase saving account ending 9633 | $8.68 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10 Dell laptop (2005, Samsung 50" tv, Samsung 30" t | $830.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11 Ordinary wearing apparel | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12 Life Insurance provided by Employer: IRI Hartfor | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 401(k) policy ending 5632 Fidelity Investments N | $19,113.44 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14 VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15 Possible tax refund for 2009 approximately $8,000 | $8,000.00 | $3,669.11 | DA | $5,474.11 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16 2000 Nissan Xterra | $3,950.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

Case 10-09394 Doc 37 Filed 04/08/11 Entered 04/08/11 11:34:51 Desc Main
Document Page 4 of 9

FORM 1

Page No: 2

Exhibit A

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 10-09394-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DAVILA, RICARDO AND DAVILA, MARIA | | Date Filed (f) or Converted (c): | 03/05/2010 (f) |
| For the Period Ending: | 4/8/2011 | | §341(a) Meeting Date: | 04/21/2010 |
| | | | Claims Bar Date: | 07/26/2010 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 17 | 2000 VW Passat | $4,490.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 18 | Desk, fax, paper shredder, bookshelf | $170.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 19 | Raintree Vacation Club Timeshare | $4,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT | Interest Earned  (u) | Unknown | Unknown | | $1.87 | Unknown |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Assets**

　　　　　　　　　　　　　　　　$456,322.55　　　　　$3,669.11　　　　　　　　　$5,475.98　　　　　　$0.00

**Major Activities affecting case closing:**
　Workers compensation claim- Inhaled Chemicals,
　received bank statement
　TFR Completed ready for trustee's review.

**Initial Projected Date Of Final Report (TFR):**　05/01/2012　　　　　　　　　　/s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**　05/01/2012　　　　　　　　　　DAVID LEIBOWITZ

| Case No. | 10-09394-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DAVILA, RICARDO AND DAVILA, MARIA | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1658 | | Money Market Acct #: | ******9394 |
| Co-Debtor Taxpayer ID #: | ******1659 | | Account Title: | |
| For Period Beginning: | 3/5/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/8/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/20/2010 | (15) | Maria Villa & Ricardo Davila | | 1129-000 | $5,474.11 | | $5,474.11 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.07 | | $5,474.18 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.23 | | $5,474.41 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.22 | | $5,474.63 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.23 | | $5,474.86 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.22 | | $5,475.08 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.23 | | $5,475.31 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.23 | | $5,475.54 |
| 02/04/2011 | 1001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $4.40 | $5,471.14 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.21 | | $5,471.35 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.23 | | $5,471.58 |
| | | | **TOTALS:** | | $5,475.98 | $4.40 | $5,471.58 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,475.98 | $4.40 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,475.98 | $4.40 | |

| **For the period of 3/5/2010 to 4/8/2011** | | **For the entire history of the account between 07/20/2010 to 4/8/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $5,475.98 | Total Compensable Receipts: | $5,475.98 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,475.98 | Total Comp/Non Comp Receipts: | $5,475.98 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4.40 | Total Compensable Disbursements: | $4.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.40 | Total Comp/Non Comp Disbursements: | $4.40 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-09394-CAD | |
| **Case Name:** | DAVILA, RICARDO AND DAVILA, MARIA | |
| **Primary Taxpayer ID #:** | ******1658 | |
| **Co-Debtor Taxpayer ID #:** | ******1659 | |
| **For Period Beginning:** | 3/5/2010 | |
| **For Period Ending:** | 4/8/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******9394 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,475.98 | $4.40 | $5,471.58 |

| For the period of 3/5/2010 to 4/8/2011 | | For the entire history of the case between 03/05/2010 to 4/8/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,475.98 | Total Compensable Receipts: | $5,475.98 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,475.98 | Total Comp/Non Comp Receipts: | $5,475.98 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4.40 | Total Compensable Disbursements: | $4.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.40 | Total Comp/Non Comp Disbursements: | $4.40 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                               Exhibit D

Case No.:      10-09394-CAD
Case Name:     RICARDO DAVILA
               MARIA DAVILA
Trustee Name:  David P. Leibowitz

                                          Balance on hand:        $5,471.58

Claims of secured creditors will be paid as follows: NONE

                          Total to be paid to secured creditors:     $0.00
                                          Remaining balance:      $5,471.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,297.60 | $0.00 | $1,297.60 |
| David Leibowitz, Trustee Expenses | $66.56 | $0.00 | $66.56 |

               Total to be paid for chapter 7 administrative expenses:  $1,364.16
                                          Remaining balance:            $4,107.42

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

              Total to be paid to prior chapter administrative expenses:  $0.00
                                          Remaining balance:            $4,107.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

                          Total to be paid to priority claims:       $0.00
                                          Remaining balance:      $4,107.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,708.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | $3,732.10 | $0.00 | $1,309.21 |
| 2 | Chase Bank USA, N.A. | $6,605.94 | $0.00 | $2,317.36 |
| 3 | Chase Bank USA,N.A | $1,222.69 | $0.00 | $428.92 |
| 4 | GE Money Bank dba LENSCRAFTERS/GEMB | $148.03 | $0.00 | $51.93 |

Total to be paid to timely general unsecured claims: $4,107.42
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00