**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 10-09394-CAD |
|---|---|---|
| | § | |
| RICARDO DAVILA | § | |
| MARIA DAVILA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/03/2011, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/08/2011         By: /s/ David P. Leibowitz
                                    (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-09394-CAD |
| | § | |
| RICARDO DAVILA | § | |
| MARIA DAVILA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,475.98
*and approved disbursements of* $4.40
*leaving a balance on hand of[1]:* $5,471.58

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $5,471.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,297.60 | $0.00 | $1,297.60 |
| David Leibowitz, Trustee Expenses | $66.56 | $0.00 | $66.56 |

Total to be paid for chapter 7 administrative expenses: $1,364.16
Remaining balance: $4,107.42

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|                                          |           |
|------------------------------------------|-----------|
| Remaining balance:                       | $4,107.42 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                                          |           |
|------------------------------------------|-----------|
| Total to be paid to priority claims:     | $0.00     |
| Remaining balance:                       | $4,107.42 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,708.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | $3,732.10 | $0.00 | $1,309.21 |
| 2 | Chase Bank USA, N.A. | $6,605.94 | $0.00 | $2,317.36 |
| 3 | Chase Bank USA,N.A | $1,222.69 | $0.00 | $428.92 |
| 4 | GE Money Bank dba LENSCRAFTERS/GEMB | $148.03 | $0.00 | $51.93 |

|                                                               |           |
|---------------------------------------------------------------|-----------|
| Total to be paid to timely general unsecured claims:          | $4,107.42 |
| Remaining balance:                                            | $0.00     |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|                                                                    |       |
|--------------------------------------------------------------------|-------|
| Total to be paid to tardily filed general unsecured claims:        | $0.00 |

**UST-Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Remaining balance: | $0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
               Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

Case 10-09394  Doc 40  Filed 04/08/11  Entered 04/10/11 23:18:11  Desc Imaged
Certificate of Service  Page 5 of 6

```
                            United States Bankruptcy Court
                             Northern District of Illinois
```

In re:                                                              Case No. 10-09394-CAD
Ricardo Davila                                                      Chapter 7
Maria Villa
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: bchavez               Page 1 of 2                   Date Rcvd: Apr 08, 2011
                               Form ID: pdf006             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2011.
```
db/jdb       +Ricardo Davila,    Maria Villa,    7421 W. 56th Place,    Summit, IL 60501-1326
aty          +Scott R Clar,   Crane Heyman Simon Welch & Clar,     135 S Lasalle Suite 3705,
               Chicago, IL 60603-4101
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
15209318      Adventist LaGrange Memorial,    PO Box 9234,    Hinsdale, IL 60522-9234
15209320      Capital One Bank,    PO Box 6492,   Carol Stream, IL 60197-6492
15209319      Capital One Bank,    PO Box,   Carol Stream, IL 60197-1298
15209323      Chase,   PO Box,    Louisville, KY 40290
15209322      Chase,   PO Box,    Louisville, KY 40290-1123
15209321      Chase,   PO Box 9001020,    Louisville, KY 40290-1020
15209324     +Chase Bank,    340 S. Cleveland Ave., Bldg. 370,    Westerville, OH 43081-8917
15546493      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15695110     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,     P O Box 740933,   Dallas,Tx 75374-0933
15209325      Chase Card,    Cardmember Services,    PO Box 15153,   Wilmington, DE 19886-5153
15209326      Children's Memorial Hospital,    75 Remittance Drive, Suite 92611,    Chicago, IL 60675-2611
15209327      Consulting Surgeons Lagrange,    PO Box 7001,    Bolingbrook, IL 60440-7001
15209330      HSBC Retail Services,    PO Box 17298,   Baltimore, MD 21297-1298
15209331      HSBC Retail Services,    PO Box 17602,   Baltimore, MD 21297-1602
15209329      Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
15360534     +Land of Lakes Disposal Serv,    21900 S Central Ave,    Matteson, IL 60443-2802
15209333     +Malcolm Gerald & Assoc.,    332 S. Michigan Ave.,    Chicago, IL 60604-4434
15209335      Raintree Vacation Club,    ARC Miners Club,    PO Box 51469,    Los Angeles, CA 90051-5769
15507210     +TARGET NATIONAL BANK,     C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
15209336      Target National Bank,    PO Box 59317,   Minneapolis, MN 55459-0317
15360535     +Village of Summit Water Dept,    7321 W 59th St,    Summit Argo, IL 60501-1419
15209339      Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream, IL 60197-5296
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15209328      E-mail/Text: clerical.department@yahoo.com Apr 08 2011 22:21:53      Creditors Collection Bureau,
               PO Box 63,    Kankakee, IL 60901-0063
15774610     +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2011 00:02:20      GE Money Bank dba LENSCRAFTERS/GEMB,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15209332      E-mail/PDF: cr-bankruptcy@kohls.com Apr 08 2011 23:57:40      Kohl's Payment Center,    PO Box 2983,
               Milwaukee, WI 53201-2983
15209334      E-mail/Text: bankrup@nicor.com Apr 08 2011 22:18:20      Nicor Gas,    PO Box 2020,
               Aurora, IL 60507-2020
15209338     +E-mail/Text: vci.bkcy@vwcredit.com Apr 08 2011 22:19:54      VW Credit Inc,    PO Box 829009,
               Dallas TX 75382-9009
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15209337    ##+Transworld Systems,    PO Box 1864,   Santa Rosa, CA 95402-1864
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
 District/off: 0752-1           User: bchavez              Page 2 of 2                   Date Rcvd: Apr 08, 2011
                                Form ID: pdf006            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2011**                    **Signature:**   *Joseph Speetjens*