UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-09394-CAD |
| | § | |
| RICARDO DAVILA | § | |
| MARIA DAVILA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $456,322.55 | Assets Exempt: | $62,013.44 |
| Total Distributions to Claimants: | $4,107.67 | Claims Discharged Without Payment: | $27,228.15 |
| Total Expenses of Administration: | $1,368.56 | | |

3) Total gross receipts of $5,476.23 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,476.23 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $575,458.68 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,368.56 | $1,368.56 | $1,368.56 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $30,626.63 | $11,708.76 | $11,708.76 | $4,107.67 |
| **Total Disbursements** | $606,085.31 | $13,077.32 | $13,077.32 | $5,476.23 |

4). This case was originally filed under chapter 7 on 03/05/2010. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2011         By: /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Possible tax refund for 2009 approximately $8,000 | 1129-000 | $5,474.11 |
| Interest Earned | 1270-000 | $2.12 |
| **TOTAL GROSS RECEIPTS** | | $5,476.23 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $85,083.00 | NA | $0.00 | $0.00 |
| | Chase | 4110-000 | $183,045.00 | NA | $0.00 | $0.00 |
| | Chase | 4110-000 | $184,633.00 | NA | $0.00 | $0.00 |
| | Raintree Vacation Club | 4110-000 | $2,023.00 | NA | $0.00 | $0.00 |
| | Volkswagen Credit | 4110-000 | $7,848.68 | NA | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $112,826.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $575,458.68 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,297.60 | $1,297.60 | $1,297.60 |
| David Leibowitz, Trustee | 2200-000 | NA | $66.56 | $66.56 | $66.56 |
| International Sureties, Ltd | 2300-000 | NA | $4.40 | $4.40 | $4.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,368.56 | $1,368.56 | $1,368.56 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 7100-900 | $3,521.35 | $3,732.10 | $3,732.10 | $1,309.30 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $6,572.36 | $6,605.94 | $6,605.94 | $2,317.50 |
| 3 | Chase Bank USA,N.A | 7100-900 | $905.86 | $1,222.69 | $1,222.69 | $428.94 |
| 4 | GE Money Bank dba LENSCRAFTERS/GEMB | 7100-000 | NA | $148.03 | $148.03 | $51.93 |
|   | Adventist LaGrange Memorial | 7100-000 | $377.69 | NA | NA | $0.00 |
|   | Capital One Bank | 7100-000 | $867.66 | NA | NA | $0.00 |
|   | Capital One Bank | 7100-000 | $7,317.54 | NA | NA | $0.00 |
|   | Children's Memorial Hospital | 7100-000 | $377.68 | NA | NA | $0.00 |
|   | Consulting Surgeons Lagrange | 7100-000 | $117.20 | NA | NA | $0.00 |
|   | Creditors Collection Bureau | 7100-000 | $153.91 | NA | NA | $0.00 |
|   | Home Depot Credit Services | 7100-000 | $1,908.71 | NA | NA | $0.00 |
|   | HSBC Retail Services | 7100-000 | $682.88 | NA | NA | $0.00 |
|   | HSBC Retail Services | 7100-000 | $1,204.49 | NA | NA | $0.00 |
|   | Kohl's Payment Center | 7100-000 | $1,018.47 | NA | NA | $0.00 |
|   | Kohl's Payment Center | 7100-000 | $1,036.09 | NA | NA | $0.00 |
|   | Malcolm Gerald & Assoc. | 7100-000 | $898.23 | NA | NA | $0.00 |
|   | Nicor Gas | 7100-000 | $2,996.02 | NA | NA | $0.00 |
|   | Nicor Gas | 7100-000 | $452.79 | NA | NA | $0.00 |
|   | Transworld Systems | 7100-000 | $217.70 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $30,626.63 | $11,708.76 | $11,708.76 | $4,107.67 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 10-09394-CAD | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | DAVILA, RICARDO AND DAVILA, MARIA | | **Date Filed (f) or Converted (c):** | | 03/05/2010 (f) |
| **For the Period Ending:** | 8/9/2011 | | **§341(a) Meeting Date:** | | 04/21/2010 |
| | | | **Claims Bar Date:** | | 07/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Residence - single family home 7421 W. 56th Plac | $135,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2  Single family home and coach house;, property 74 | $140,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3  Single family home and apartment;, property 7423 | $140,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4  Checking account ending 8220 Corporate America F | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5  Savings Account ending 8220 Corporate America Fa | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6  Chase checking account ending 0070 | $58.62 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7  Chase checking account no. ending 8151 (-$905.86 | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8  Chase saving account ending 9399 | $1.81 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9  Chase saving account ending 9633 | $8.68 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10  Dell laptop (2005, Samsung 50" tv, Samsung 30" t | $830.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11  Ordinary wearing apparel | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12  Life Insurance provided by Employer: IRI Hartfor | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13  401(k) policy ending 5632 Fidelity Investments N | $19,113.44 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15  Possible tax refund for 2009 approximately $8,000 | $8,000.00 | $3,669.11 | DA | $5,474.11 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16  2000 Nissan Xterra | $3,950.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

Case 10-09394  Doc 43  Filed 08/10/11  Entered 08/10/11 14:49:33  Desc Main
Document  Page 6 of 9

FORM 1

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 10-09394-CAD | |
| **Case Name:** | DAVILA, RICARDO AND DAVILA, MARIA | |
| **For the Period Ending:** | 8/9/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 03/05/2010 (f) |
| **§341(a) Meeting Date:** | 04/21/2010 |
| **Claims Bar Date:** | 07/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 17  2000 VW Passat | $4,490.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 18  Desk, fax, paper shredder, bookshelf | $170.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 19  Raintree Vacation Club Timeshare | $4,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT  Interest Earned  **(u)** | Unknown | Unknown | | $2.12 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $456,322.55 | $3,669.11 | | $5,476.23 | $0.00 |

**Major Activities affecting case closing:**

Workers compensation claim- Inhaled Chemicals,
received bank statement
TFR Completed ready for trustee's review.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/01/2012 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/01/2012 | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-09394-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | DAVILA, RICARDO AND DAVILA, MARIA | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******1658 | **Checking Acct #:** ******9394 |
| **Co-Debtor Taxpayer ID #:** | ******1659 | **Account Title:** |
| **For Period Beginning:** | 3/5/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 8/9/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/05/2011 | | Transfer From: #******9394 | | 9999-000 | $5,471.83 | | $5,471.83 |
| 05/05/2011 | 2001 | David Leibowitz | Trustee Expenses | 2200-000 | | $66.56 | $5,405.27 |
| 05/05/2011 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,297.60 | $4,107.67 |
| 05/05/2011 | 2003 | TARGET NATIONAL BANK | Claim #: 1; Amount Claimed: 3,732.10; Amount Allowed: 3,732.10; Distribution Dividend: 35.08; | 7100-900 | | $1,309.30 | $2,798.37 |
| 05/05/2011 | 2004 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 6,605.94; Amount Allowed: 6,605.94; Distribution Dividend: 35.08; | 7100-900 | | $2,317.50 | $480.87 |
| 05/05/2011 | 2005 | Chase Bank USA,N.A | Claim #: 3; Amount Claimed: 1,222.69; Amount Allowed: 1,222.69; Distribution Dividend: 35.08; | 7100-900 | | $428.94 | $51.93 |
| 05/05/2011 | 2006 | GE Money Bank dba LENSCRAFTERS/GEMB | Claim #: 4; Amount Claimed: 148.03; Amount Allowed: 148.03; Distribution Dividend: 35.08; | 7100-000 | | $51.93 | $0.00 |
| | | | **TOTALS:** | | $5,471.83 | $5,471.83 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $5,471.83 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $5,471.83 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $5,471.83 | |

| For the period of 3/5/2010 to 8/9/2011 | | For the entire history of the account between 05/05/2011 to 8/9/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,471.83 | Total Internal/Transfer Receipts: | $5,471.83 |
| | | | |
| Total Compensable Disbursements: | $5,471.83 | Total Compensable Disbursements: | $5,471.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,471.83 | Total Comp/Non Comp Disbursements: | $5,471.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-09394-CAD | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | DAVILA, RICARDO AND DAVILA, MARIA | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1658 | | | Money Market Acct #: | ******9394 |
| Co-Debtor Taxpayer ID #: | ******1659 | | | Account Title: | |
| For Period Beginning: | 3/5/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/20/2010 | (15) | Maria Villa & Ricardo Davila | | 1129-000 | $5,474.11 | | $5,474.11 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.07 | | $5,474.18 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.23 | | $5,474.41 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.22 | | $5,474.63 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.23 | | $5,474.86 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.22 | | $5,475.08 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.23 | | $5,475.31 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.23 | | $5,475.54 |
| 02/04/2011 | 1001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $4.40 | $5,471.14 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.21 | | $5,471.35 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.23 | | $5,471.58 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.22 | | $5,471.80 |
| 05/05/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 5/5/2011 | 1270-000 | $0.03 | | $5,471.83 |
| 05/05/2011 | | Transfer To: #******9394 | | 9999-000 | | $5,471.83 | $0.00 |
| | | | **TOTALS:** | | $5,476.23 | $5,476.23 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $5,471.83 | |
| | | | **Subtotal** | | $5,476.23 | $4.40 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,476.23 | $4.40 | |

| For the period of 3/5/2010 to 8/9/2011 | | For the entire history of the account between 07/20/2010 to 8/9/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,476.23 | Total Compensable Receipts: | $5,476.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,476.23 | Total Comp/Non Comp Receipts: | $5,476.23 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4.40 | Total Compensable Disbursements: | $4.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.40 | Total Comp/Non Comp Disbursements: | $4.40 |
| Total Internal/Transfer Disbursements: | $5,471.83 | Total Internal/Transfer Disbursements: | $5,471.83 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-09394-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DAVILA, RICARDO AND DAVILA, MARIA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1658 | Money Market Acct #: | ******9394 |
| Co-Debtor Taxpayer ID #: | ******1659 | Account Title: | |
| For Period Beginning: | 3/5/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,476.23 | $5,476.23 | $0.00 |

**For the period of 3/5/2010 to 8/9/2011**

| | |
|---|---:|
| Total Compensable Receipts: | $5,476.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,476.23 |
| Total Internal/Transfer Receipts: | $5,471.83 |
| | |
| Total Compensable Disbursements: | $5,476.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,476.23 |
| Total Internal/Transfer Disbursements: | $5,471.83 |

**For the entire history of the case between 03/05/2010 to 8/9/2011**

| | |
|---|---:|
| Total Compensable Receipts: | $5,476.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,476.23 |
| Total Internal/Transfer Receipts: | $5,471.83 |
| | |
| Total Compensable Disbursements: | $5,476.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,476.23 |
| Total Internal/Transfer Disbursements: | $5,471.83 |